# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD D. KEELER,<br><br>    Petitioner,<br><br>v.<br><br>MATTHEW CATE, Secretary,<br><br>    Respondent. | Case No. 09-cv-268-WQH (JMA)<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR EXPEDITED HEARING [Doc. 12]** |

On March 18, 2009, Petitioner, a state prisoner proceeding pro se, filed a motion to expedite the proceedings on his Petition for Writ of Habeas Corpus which he filed two months ago on January 29, 2009.

As Petitioner has failed to demonstrate good cause, IT IS ORDERED that Petitioner's motion is denied, and the briefing schedule set forth in the Court's March 5, 2009 Order shall remain in place.  However, no extensions to the current schedule shall be granted without good cause shown.

**IT IS SO ORDERED**.

DATED: March 23, 2009

                                            Jan M. Adler
                                            U.S. Magistrate Judge